## SHACKELFORD ET AL. V. HOUGHTON ET AL.

(Decided November 21, 1912.   Rehearing denied December 17, 1912. 60 South. 320.)

APPEAL from Montgomery City Court.

Heard before Hon. J. M. CHILTON, Special Judge.

LETCHER, McCORD & HAROLD and W. A. GUNTER, for appellant.   HORACE STRINGFELLOW, ARRINGTON & HOUGHTON and STEINER, CRUM & WEIL, for appellee.

SOMERVILLE, J.—Affirmed on the authority of Shackelford et al. v. Washburn et al., 180 Ala. 168; 60 South. 318.

All the Justices concur, except DOWDELL, C. J., not sitting.

---

## SHACKELFORD ET AL. V. GAY ET AL.

(Decided November 21, 1912.   Rehearing denied December 17, 1912. 60 South. 320.)

APPEAL from Montgomery City Court.

Heard before Hon. J. M. CHILTON, Special Judge.

LETCHER, McCORD & HAROLD and W. A. GUNTER, for appellant.   HORACE STRINGFELLOW and STEINER, CRUM & WEIL, for appellee.

SOMERVILLE, J.—Affirmed on the authority of Shackelford et al. v. Washburn et al., 180 Ala. 168, 60 South. 318.

All the Justices concur, except DOWDELL, C. J., not sitting.